IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS D. OLIVA, and DONNA OLIVA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:12CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL MOTORS, LLC, | ) | ORDER FOR RECUSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with 28 U.S.C. § 455(b)(5)(ii) I, Warren K. Urbom, hereby recuse myself in the above-titled case, because Colin A. Mues, a person within the third degree of relationship with me, is acting as a lawyer in the proceeding by representing Dennis D. Oliva and Donna Oliva, plaintiffs.  Chief Judge Laurie Smith Camp is requested to assign this case to an appropriate judge.

Dated May 17, 2012.

BY THE COURT

*Warren K. Urbom*

United States Senior District Judge