IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS D. OLIVA and DONNA OLIVA, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | 4:12-CV-3088 <br><br> ORDER |

    This matter is before the Court on the parties' joint stipulation for dismissal with prejudice (filing 29). The parties have stipulated that each will bear its own costs, the complete record will be waived, and that the case will be dismissed with prejudice. Accordingly,

    IT IS ORDERED:

1. The parties' joint stipulation for dismissal (filing 29) is accepted;

2. The case is dismissed, with prejudice, each party to bear its own costs, and the complete record waived; and

3. A separate judgment will be issued.

Dated this 25th day of March, 2013.

                                         BY THE COURT:

                                         John M. Gerrard
                                         United States District Judge